**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00154-CR**
**NO. 09-14-00155-CR**
_____

**ASHLEY DANYELLE LEGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Jefferson County, Texas**
**Trial Cause Nos. 295039, 295041**

## MEMORANDUM OPINION

On May 13, 2014, we notified the parties that these appeals would be dismissed for want of prosecution unless arrangements were made for filing the records or the appellant explained why she needed additional time for filing the records. The appellant did not file a response. It appears that the appellant is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. There being no satisfactory explanation for the failure to file the records, the appeals are dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

APPEALS DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 8, 2014
Opinion Delivered July 9, 2014
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.